IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
NO. 7:19-CV-96-H

| | |
|---|---|
| MARIAN DUBAR, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| ) | |
| v. ) | |
| ) | **ORDER** |
| ) | |
| DITECH FINANCIAL, INC. ) | |
| ) | |
| Defendant. ) | |
| ) | |
| ) | |

This matter is before the court on plaintiff's application to proceed in forma pauperis. United States Magistrate Judge Kimberly A. Swank filed an Order and Memorandum and Recommendation ("M&R") recommending that this matter be dismissed without prejudice because plaintiff has failed to correct deficiencies as ordered by the court. Plaintiff did not file objections to the M&R, and the time for further filing has expired.

A full and careful review of the M&R and other documents of record convinces the court that the recommendation of the magistrate judge is, in all respects, in accordance with the law and should be approved.

Accordingly, the court adopts the recommendation of the magistrate judge as its own and for the reasons stated therein, plaintiff's complaint is dismissed without prejudice. The Clerk is directed to close this case.

This 12th day of November 2019.

Malcolm J. Howard
Senior United States District Judge

At Greenville, NC
#26